JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN WRIGHT, | Case No. 2:22-cv-06181-SVW-MRW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| AETNA LIFE INSURANCE COMPANY; AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendant. | |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

Date: March 10, 2023

The Hon. Stephen V. Wilson
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

*Brian Wright v. Aetna Life Insurance Company*
Case No. 2:22-cv-06181-SVW-MRW

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Cumberland in the office of a member of the bar of this court at whose direction the service was made. My business address is Two Monument Square, Suite 703, Portland, Maine 04101.

On March 10, 2023, I served the following document(s):

## [PROPOSED] ORDER OF DISMISSAL

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐    **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒    **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☐    **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒    **(Federal)**    I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 10, 2023, at Sherman, Connecticut.

*/s/ Rose S. Ramsey*
Rose S. Ramsey

1
2

**SERVICE LIST**

*Brian Wright v. Aetna Life Insurance Company*
Case No. 2:22-cv-06181-SVW-MRW

3
4
5

Robert J. McKennon                                  Attorneys for Plaintiff
Joseph S. McMillen                                  Brian Wright
McKennon Law Group PC
20321 SW Birch Street, Suite 200
Newport Beach, CA  92660

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28